Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Benjamin Zavala

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Benjamin Zavala,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-01876-CDS-NJK

**Stipulation to Extend Time to File Amended Petition and Briefing Schedule (First Request)**

[ECF No. 6]

Petitioner Benjamin Zavala and Federal Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline to July 29, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended by two weeks.

This extension is warranted because counsel for Mr. Zavala, Assistant Federal Public Defender Christian Bryan Lassiter has just received a voluminous discovery file, provided graciously by the Federal Respondents on July 14, 2026. Said file contains a lengthy immigration record. Mr. Lassiter met with Mr. Zavala this morning and will confer with immigration counsel that represented Mr. Zavala during the pendency of his case, as well as public defenders for Mr. Zavala, who represented him in Weber County, Utah for a 2022 conviction. In sum, the instant matter is differently situated from most other habeas matters involving ICE before this United States District Court.

Currently, the amended petition is due today, July 15, 2026. This is the first stipulation for an extension of time. This extension would allow undersigned counsel to the appropriate time to investigate Mr. Zavala's claims, confer with his previous legal counsel and file a thorough amended petition on his behalf.

On July 14, 2026 and July 15, 2026, undersigned counsel conferred with counsel for Federal Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this stipulation and amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as detailed above. Respectfully submitted this 15th day of July, 2026.

TODD BLANCHE
Acting Attorney General of the United States

SIGAL CHATTAH, First Assistant
United States Attorney

*/s/ Tamer Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: July 16, 2026