Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Benjamin Zavala

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Benjamin Zavala,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-01876-CDS-NJK

**Order Approving Stipulation to Extend Time to File Amended Petition and Briefing Schedule (Second Request)**

[ECF No. 9]

Petitioner Benjamin Zavala and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline to August 12, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended by two weeks.

This extension is warranted because counsel for Mr. Zavala, Assistant Federal Public Defender Christian Bryan Lassiter met with Mr. Zavala's attorneys representing him in his pending immigration matter. Mr. Zavala's case is currently pending before the Ninth Circuit Court of Appeals. Briefing for the Ninth Circuit appeal will conclude on August 10, 2026. After reviewing the merits of the appeal before the Ninth Circuit, the disposition of that case may prove dispositive for the instant matter before this Court. After conferring with counsel for the Respondents, an extension of the time to file will likely allow for the merits of the Ninth Circuit appeal to be determined before the instant matter is litigated in full.

Currently, the amended petition is due today, July 29, 2026. This is the second stipulation for an extension of time. This extension would allow the Ninth Circuit appeal to be determined on the merits before a determination is made on Mr. Zavala's habeas petition.

On July 29, 2026, undersigned counsel conferred with counsel for Federal Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this stipulation and amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as follows:

1. Amended Petition due on August 12, 2026;
2. Respondents' Response due on August 26, 2026; and
3. Petitioner's Reply due on September 9, 2026.

Respectfully submitted this 29th day of July, 2026.

TODD BLANCHE
Acting Attorney General of the United States

SIGAL CHATTAH, First Assistant
United States Attorney

*/s/ Tamer Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

____________________________
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2026