Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York State Bar No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
christian_lassiter@fd.org

*Attorney for Petitioner Benjamin Zavala

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Benjamin Zavala,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-01876-CDS-NJK

**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Amended Petition**

**(Second Request)**

[ECF No. 8]

## POINTS AND AUTHORITIES

On or around June 24, 2026, Petitioner Benjamin Zavala filed his pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 in this Court.[1] This Court appointed the Federal Public Defender's Office on that same date[2] Assistant Federal Public Defender Christian Bryan Lassiter entered his appearance on July 1, 2026.[3] Mr. Zavala's amended petition is currently due today, July 29, 2026.[4] Mr. Zavala requests an extension of time of fourteen days to entire briefing schedule. This is the second request for an extension, as counsel anticipates the briefing of the underlying immigration case may be disposition for this habeas petition pending before this Court.

This motion is not filed for the purpose of delay, but in the interests of justice and judicial economy. This extension is warranted because counsel for Mr. Zavala, Assistant Federal Public Defender Christian Bryan Lassiter met with counsel representing Mr. Zavala in his pending immigration matter. Mr. Zavala's case is currently pending before the Ninth Circuit Court of Appeals. Briefing for the appeal to the Ninth Circuit concludes on August 10, 2026. After reviewing the merits of the appeal before the Ninth Circuit, the disposition of that case may prove dispositive for the instant matter before this Court. After conferring with counsel for the Respondents, an extension of the time to file will likely allow for the merits of the Ninth Circuit appeal to be determined before the instant matter is litigated in full.

Currently, the amended petition is due today, July 29, 2026. This is the second request for an extension of time. This extension would allow the appeal of

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 5.

[4] ECF No. 6.

Mr. Zavala's underlying immigration case to the Ninth Circuit to be determined on the merits before any determination is made on Mr. Zavala's habeas petition.

Undersigned counsel spoke with the respondents' counsel concerning the pending appeal of Mr. Zavala's at the Ninth Circuit, an extension of the entire briefing schedule, and the reasons for doing so in full. Respondents' counsel, Assistant United States Attorney Tamer B. Botros has agreed to the amended briefing schedule and accordingly has no objection to this request.[5]

Accordingly, the petitioner's counsel respectfully requests that this Court grant this agreed upon amended briefing schedule and extend the deadlines as follows:

1. Amended Petition due on August 12, 2026;
2. Respondents' Response due on August 26, 2026; and
3. Petitioner's Reply due on September 9, 2026.

---

[5] It was the intent of Petitioner's Counsel to file a second stipulation for an extension of time to file briefing in this matter. Petitioner's Counsel could not confirm with AUSA Botros an agreement as to the specific language of the second stipulation to extend time to file an amended petition (and briefing schedule) before close of business on July 29, 2026. Accordingly, Petitioner's Counsel filed this motion in lieu of that second stipulation. Petitioner's Counsel did not feel comfortable affixing AUSA Botros's electronic signature to a stipulation without express consent to file said stipulation and the included language. Petitioner's Counsel timely filed the instant motion to keep with local practice District when requested an amended briefing schedule.

Dated July 29, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge
Dated: July 31, 2026

Counsel is reminded that an unopposed motion must include an "order" in the form of a signature block. *See* LR IA 6-2.